UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20319-CIV-MORENO/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HOWARD ROBINSON, M.D., and
VALERIE MCALLISTER,

    Defendants.
_____/

## REPORT AND RECOMMENDATION ON MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court upon the United States' Motion for Summary Judgment as to Liability ("Motion for Summary Judgment") [D.E. 33]. This matter was referred to the undersigned by the Honorable Federico A. Moreno, Chief United States District Judge for the Southern District of Florida, pursuant to Title 28, United States Code, Section 636 [D.E. 30].

The United States moves for summary judgment as to liability based on Defendants Howard N. Robins, M.D., and Valerie McAllister's (collectively, "Defendants") undisputed multiple violations of the record keeping requirements of the Controlled Substance Act, Title 21, United States Code, Sections 801 through 904 (the "Act"). See Motion for Summary Judgment [D.E. 33 at 1]. In their response to the Motion for Summary Judgment, Defendants concede that they committed such violations of the Act and agree that "summary judgment establishing liability is appropriate." See Defendants' Responses [D.E. 34 at 1-2; D.E. 35 at 1-2]. Based on the foregoing, the undersigned respectfully recommends that the United States' Motion for Summary Judgment [D.E. 33] be **GRANTED** as to liability in this case.

The parties have **fourteen (14) days** from the date of receipt of this Report and Recommendation within which to serve and file objections, if any, with the Honorable Federico A. Moreno, Chief United States District Judge. See Local Magistrate Rule 4(b). Failure to timely file objections shall bar the parties from attacking on appeal the factual findings contained herein. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

RESPECTFULLY SUBMITTED in Miami, Florida this 2nd day of April, 2013.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Chief United States District Judge Federico A. Moreno
Counsel of Record