UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-20319-CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HOWARD N. ROBINSON, M.D., and VALERIE MCALLISTER,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for a Report and Recommendation on the United States' Motion for Summary Judgment **(D.E. No. 33)**, filed on **February 20, 2013**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 39)** on **April 2, 2013**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes the Defendants had no objection to the Court granting summary judgment on liability in favor of the Government.

**ADJUDGED** that the Report and Recommendation on the Motion for Summary Judgment **(D.E. No. 39)** on **April 2, 2013** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Summary Judgment is GRANTED as to liability in this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of April, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Alicia M. Otazo-Reyes
Counsel of Record